IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JERRY C. SHAW, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:19-cv-00036 |
| LAWRENCE COUNTY, TENNESSEE, et al., | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is the parties' Stipulation of Dismissal (Doc. No. 56), indicating that all matters in dispute have been resolved and this case should be dismissed. Accordingly, this case is **DISMISSED**, with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE